# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

February 10, 2021

Ms. Wilma M. Pennington-Thurman
P.O. Box 771201
Saint Louis, MO  63177

    RE:  20-1993  Wilma Pennington-Thurman v. Federal Home Loan Mortgage, et al

Dear Ms. Pennington-Thurman:

    The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

    Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                      Michael E. Gans
                                      Clerk of Court

NDW

Enclosure(s)

cc:    Mr. Gregory J. Linhares
      Office of U.S. Trustee
     Mr. Charles Smathers Pullium III
     Mr. Brian C. Walsh

      District Court/Agency Case Number(s):  4:19-cv-03093-HEA

Case: 4:19-cv-03093-HEA   Doc. #: 23   Filed: 02/10/21   Page: 2 of 3 PageID #: 213

# United States Court of Appeals

## For the Eighth Circuit

_____

No. 20-1993

_____

In re: Wilma M. Pennington-Thurman,

*Debtor*.

------------------------------

Wilma M. Pennington-Thurman,

*Appellant*,

v.

Federal Home Loan Mortgage Corporation; Millsap & Singer, LLC; Bank of
America, N.A.,

*Appellees*,

Office of *U.S. Trustee*,

*U.S. Trustee*.

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 5, 2021
Filed: February 10, 2021
[Unpublished]

_____

Before COLLOTON, MELLOY, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Wilma Pennington-Thurman appeals the district court's[1] order affirming the bankruptcy court's order denying her motion to reopen her bankruptcy case.  We conclude that the bankruptcy court did not abuse its discretion.  The adversary case that Pennington-Thurman sought to pursue addressed previously litigated issues or otherwise lacked merit, so reopening would have been futile.  *See Apex Oil Co. v. Sparks (In re Apex Oil Co.)*, 406 F.3d 538, 541 (8th Cir. 2005); *Mid-City Bank v. Skyline Woods Homeowners Ass'n (In re Skyline Woods Country Club, LLC)*, 431 B.R. 830, 837-38 (B.A.P. 8th Cir. 2010); *Realan Inv. Partners, LLLP v. Meininger (In re Land Res., LLC)*, 505 B.R. 571, 582 (M.D. Fla. 2014).

The judgment is affirmed.  *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

-2-